# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **RHONDA HAWKS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**THE PNC FINANCIAL SERVICES GROUP INC., and**<br><br>**THE PNC FINANCIAL SERVICES GROUP, INC. AND AFFILIATES LONG-TERM DISABILITY PLAN,**<br><br>    **Defendants.** | Civil Action No. 3:21-cv-00046-RGJ |

### AGREED ORDER GRANTING MOTION to TRANSFER VENUE

  Defendants The PNC Financial Services Group Inc. ("PNC Financial") and The PNC Financial Service Group Inc. and Affiliates Long-Term Disability Plan (the "Plan") (collectively "Defendants") have jointly moved the Court "to dismiss Plaintiff Rhonda Hawks' ('Plaintiff') Complaint or, in the alternative, to transfer venue." *See* Dkt 9-1, p.1. Ms. Hawks opposes Defendants motion to dismiss. However, Ms. Hawks does not oppose transferring this case to the Western District of Pennsylvania. Having heard from the parties and being otherwise sufficiently advised and pursuant to 28 U.S.C. § 1404(a);

  **IT IS HEREBY ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania—Pittsburgh Division. Further, Defendants shall have 21 days to file their answer, or otherwise respond, from the date the case is docketed on the Western District of Pennsylvania's ECF system.

Dated: _____

                                                   Rebecca Grady Jennings, District Judge
                                                   United States District Court

Respectfully submitted,

| | |
|---|---|
| /s/ Buddy VanCleave (by permission) | /s/ Andrew M. Grabhorn |
| Buddy J. VanCleave | Michael D. Grabhorn |
| Quintairos, Prieto, Wood & Boyer, PA | *m.grabhorn@grabhornlaw.com* |
| 9300 Shelbyville Road, Suite 400 | Andrew M. Grabhorn |
| Louisville, KY 40222 | *a.grabhorn@grabhornlaw.com* |
| Phone: 502-423-6390 | **Grabhorn Law | Insured Rights®** |
| Fax: 502-423-6391 | 2525 Nelson Miller Parkway, Suite 107 |
| Email: buddy.vancleave@qpwblaw.com | Louisville, KY 40223 |
| | p: (502) 244-9331 |
| | f: (502) 244-9334 |
| *Counsel for Defendant* | |
| | *Counsel for Plaintiff* |

Copies to Counsel, W/D of PA